# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL RHYMES, | ) | 3:15-cv-00592-RCJ-VPC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 30, 2017 |
| | ) | |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT: <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>    REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion to extend time for discovery as to defendant Romeo Aranas. (ECF No. 29.) Defendants opposed (ECF No. 30), and plaintiff replied (ECF No. 31). This court recommended that defendants' motion to dismiss Aranas as a defendant be granted, and therefore, plaintiff's motion to extend time for discovery as to Aranas (ECF No. 29) is **DENIED**.

Also before the court is defendants' motion to stay discover as to defendants Romeo Aranas and James "Greg" Cox (ECF No. 33), pending the resolution of defendants' partial motion to dismiss (ECF No. 32). No opposition was filed. This court recommended that defendants' motion to dismiss Aranas and Cox be granted. Therefore, pending a ruling on this court's report and recommendation by the District Court, defendants' motion to stay discovery (ECF No. 33) as to defendants Aranas and Cox is **GRANTED**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

BY: <u>   /s/   </u>
      Deputy Clerk

1