UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| MICHAEL RHYMES,<br><br>            Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>            Defendants. | CASE NO.: 3:15-CV-00592-RCJ-VPC<br><br>O R D E R |

The Court has considered the Report and Recommendation of United States Magistrate (ECF No. 41) entered on August 30, 2017, in which the Magistrate Judge recommends the Court grant Defendants Aranas and Cox Motion to Dismiss (ECF No. 32). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No. 41).

IT IS HEREBY ORDERED that Defendants Aranas and Cox Motion to Dismiss (ECF No. 32) is GRANTED and Defendants Aranas and Cox are DISMISSED from this action.

IT IS SO ORDERED this 20TH day of September, 2017.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE