# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MICHAEL RHYMES,

Case No.: 3:15-CV-00592-RCJ-VPC

Plaintiff.

**ORDER**

v.

NEVADA DEPARTMENT OF
CORRECTIONS, *et al.,*

Defendants.

_____

Before the Court is Plaintiff's Motion for Enlargement of Time for Dispositive Motions (ECF No. 65); and Motion for Court to Provide Copies of Filed Documents (ECF No. 66). Defendants' filed notices of Non-Opposition (ECF Nos. 73 and 74). Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion To Enlarge Time To Complete Discovery (ECF No. 65) is GRANTED.

IT IS FURTHER ORDERED that dispositive motions shall be filed on or before Friday, September 28, 2018. No further extensions shall be granted.

IT IS FURTHER ORDERED that Plaintiff's Motion for Court to Provide Copies of Filed Documents (ECF No. 66) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff copies of the following filed documents:

1. Second Amended Civil Rights Complaint (ECF No. 26);

2. Defendants' Answer to Second Amended Civil Rights Complaint [Jury Trial Demand] (ECF No. 28);

3.  Motion for Extension of Time (ECF No. 29);

3.  Report and Recommendation of U.S. Magistrate Judge (ECF No. 41); and

4.  Order (ECF No. 43).

IT IS SO ORDERED this 8th day of August, 2018.

ROBERT C. JONES
SENIOR DISTRICT JUDGE