# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL RHYMES, | ) | 3:15-CV-0592-RCJ (CBC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 4, 2018 |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE CARLA BALDWIN CARRY, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for stay and abeyance (ECF No. 72) is **DENIED as moot**. The District Court issued an order providing plaintiff with the documents he requested and further ordering how this case will proceed (ECF No. 72). Therefore, a stay and abeyance is no longer warranted.

Plaintiff shall file an opposition to defendants' motion for summary judgment on or before **Friday, September 28, 2018.**

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:          /s/
         Deputy Clerk