# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RHYMES, | Case No.: 3:15-CV-00592-RCJ-CBC |
| Plaintiff, | ORDER |
| Vs. | |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time to file objections to the Report and Recommendation (ECF No. 90) is GRANTED.

Plaintiff may file objections to the Report and Recommendations on or before Monday, March 4, 2019. No further extensions shall be granted.

IT IS SO ORDERED.

Dated this 14th day of February, 2019.

_____
ROBERT C. JONES
Senior District Judge