# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RHYMES, | ) Case No.: 3:15-CV-00592-RCJ-CBC |
| Plaintiff, | ) |
| vs. | ) ORDER |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | ) |
| Defendant. | ) |

The Plaintiff has filed a Request for Scheduling Order, (ECF No. 97) seeking to begin the pretrial process. On March 12, 2019, the Court entered an Order Adopting and Accepting the Report and Recommendation (ECF No. 92), granting and denying in part Defendants' Motion for Summary Judgment (ECF No. 67). The deadline for the joint pretrial order is 30 days after the decision on the dispositive motions or further Court order. Accordingly,

IT IS HEREBY ORDERED that the Plaintiff's Motion (ECF No. 97) is GRANTED.

IT IS FURTHER ORDERED that the parties shall file the Proposed Joint Pre-Trial Order on or before, 5:00 P.M., Friday, October 25, 2019.

IT IS SO ORDERED this 20th day of September, 2019.

_____
ROBERT C. JONES
Senior District Judge