**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL RHYMES,

                                        Plaintiff,

v.

NEVADA DEPARTMENT OF
CORRECTIONS, et al.,

                                        Defendants.

Case No.  3:15-cv-00592-RCJ-CBC

**ORDER GRANTING PLAINTIFF'S
REQUEST FOR DOCUMENTS FROM NON-
PARTY**

        This matter came before this Court pursuant to Plaintiff's request for Return of Documents in the possession of a non-party to this litigation.  Plaintiff filed a request for summons, (ECF No. 114 at 5), requesting his file relating to this case be returned.  Plaintiff alleges that he provided originals of his legal documents relating to this matter to Attorney Travis N. Barrick, Esq., State Bar Number 9257.  According to Plaintiff's representations, Mr. Barrick has not returned the documents to Plaintiff, despite his requests.  Nevada Rules of Professional Conduct, Rule 1.16 (d) requires an attorney to return all papers and property to the potential client upon declining representation.  If Attorney Barrick is in possession of any of Plaintiff's property, it should be returned.

        Defendants have no objection to this Court issuing an Order for return of property.  The Court ordered the Counsel for the Defendants to prepare this Order.

/ / /

/ / /

/ / /

/ / /

1  Accordingly, and good cause appearing, IT IS HEREBY ORDERED Plaintiff's request for
2  return of property is granted.  Mr. Barrick shall return all property of the Plaintiff, if any is held, to
3  the Plaintiff no later than 5:00p.m. Wednesday, January 29, 2020.  The Property shall be returned
4  to the Plaintiff at Northern Nevada Correctional Center, where Plaintiff is being transferred for trial.
5  DATED this 28th day of January, 2020.

_____
DISTRICT JUDGE

SUBMITTED BY:
AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Deputy Attorney General
State of Nevada
Public Safety Division